Appeal No. 2043 from Judgment dated July 11, 1994; Robert G. Evans, Ruling Judge, Jasper County Circuit Court, First Judicial District.
Brooke Ferris, Romney H. Entrekm, Gibbes Graves Mullins Bullock & Ferris, Laurel, for Appellant.
Larry Stamps, Jackson, for Appellee.
Before THOMAS, P.J., and BARBER and PAYNE, JJ.
Affirmed.
BRIDGES, P.J., and COLEMAN, DIAZ and KING, JJ., concur.
THOMAS, P.J., FRAISER, C. J., and McMILLIN and SOUTHWICK, JJ., dissent.